United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1229** **September Term, 2026**

**91 Fed Reg 42761**

**Filed On: September 4, 2026** [2191648]

Federal Defender Services of Eastern Tennessee, et al.,

Petitioners

v.

Todd Blanche, United States Attorney General and United States of America,

Respondents

**O R D E R**

The petition for review in this case was filed and docketed on September 4, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 5, 2026 |
| Docketing Statement Form | October 5, 2026 |
| Procedural Motions, if any | October 5, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 5, 2026 |
| Statement of Issues to be Raised | October 5, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | October 5, 2026 |
| Dispositive Motions, if any | October 19, 2026 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

**No. 26-1229** **September Term, 2026**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | October 5, 2026 |
| Procedural Motions, if any | October 5, 2026 |
| Certified Index to the Record | October 19, 2026 |
| Dispositive Motions, if any | October 19, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Kendall M. Callow
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)