WHITE & CASE

November 25, 2026

**VIA CM/ECF**
Clifton B. Cislak, Clerk of the Court
United States Court of Appeals
District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

**Re:** ***Federal Defender Services of Eastern Tennessee, Inc., et al. v. Blanche, et al.*, No. 26-1229 (D.C. Cir.)**

Dear Mr. Cislak,

On November 24, 2026, Respondents, Attorney General Todd Blanche and the United States, filed a letter under Federal Rule of Appellate Procedure 28(j) regarding an order entered in the Tennessee state-court action, Order Granting Motion to Dismiss, *Federal Defender Services of Eastern Tennessee, Inc. v. Skrmetti*, No. 26-0660-II (Tenn. Ch. Ct. Davidson Cnty. Nov. 24, 2026).

The Chancery Court's decision rests entirely on sovereign immunity grounds, and the court signaled that its decision warrants appellate review. *Id.* at 12. Indeed, it expressed "substantial concern" that its ruling would "grant state actors unchecked power to act *ultra vires*" even as it felt "constrained to" render the decision. *Id.* The court further held that should "sovereign immunity [] not bar this suit," it would resolve the remaining procedural issues, including standing, ripeness, and exclusive jurisdiction, in plaintiffs' favor. *Id.* The court further "decline[d] to find that the Amended Complaint fails to state a claim as a matter of law," and noted that the Tennessee Attorney General's "powers are not without limits[.]" *Id.* at 30.

Plaintiffs, which include the Federal Defender Petitioners as well as Petitioner Bland and Petitioner Bane, in the state-court action intend to appeal the sovereign-immunity ruling promptly. Given the anticipated appeal, Petitioners respectfully submit that the state-court proceedings remain relevant to the issues identified in their pending

WHITE & CASE

motion, *see* Mot. 14–16, and this development does not alter the grounds for the requested abeyance.

Best regards,


*<u>/s/ Jennifer Ware-Phillips</u>*
Jennifer Ware-Phillips
WHITE & CASE LLP
75 State Street
Boston, MA 02109
jennifer.ware@whitecase.com

*Counsel for Petitioners Federal Defender Services of Eastern Tennessee, Inc., Federal Public Defender for the Middle District of Tennessee, Bane, Bland, Clayton, and Miller*

*<u>/s/ Gerald W. King Jr.</u>*
Gerald W. King Jr.
Capital Habeas Unit for the Fourth Circuit
129 West Trade Street,
Suite 300
Charlotte, NC 28202
gerald_king@fd.org

*Counsel for Petitioner Pruitt*

## CERTIFICATE OF COMPLIANCE

This letter complies with the type-volume limit of Fed. R. App. P. 28(j) because it contains 238 words and has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Date: November 25, 2026

*/s/ Jennifer Ware-Phillips*
Jennifer Ware-Phillips

*Counsel for Petitioners Federal Defender Services of Eastern Tennessee, Inc., Federal Public Defender for the Middle District of Tennessee, Bane, Bland, Clayton, and Miller*

WHITE &CASE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system on November 25, 2026.

Date: November 25, 2026

*/s/ Jennifer Ware-Phillips*
Jennifer Ware-Phillips

*Counsel for Petitioners Federal Defender Services of Eastern Tennessee, Inc., Federal Public Defender for the Middle District of Tennessee, Bane, Bland, Clayton, and Miller*